■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR WOODARD, Appellant. [634 NYS2d 389] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Feldman, J.), rendered September 2, 1993, convicting him of robbery in the first degree and burglary in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the pros-

ecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]). Additionally, the Supreme Court did not improvidently exercise its discretion in permitting the defendant to proceed *pro se* for a portion of the trial *(see, People v Vivenzio,* 62 NY2d 775; *People v McIntyre,* 36 NY2d 10).

The defendant's remaining contentions, including those raised in his supplemental *pro se* brief, are either unpreserved for appellate review or without merit. Balletta, J. P., Ritter, Copertino and Friedmann, JJ., concur.